# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Andre Lacy, | CASE NO. 1:07-cv-0381-JMR |
| Plaintiff, | **ORDER** |
| v. | |
| H. Tyson, et al. | |
| Defendants. | |

Defendants have requested to take the Plaintiff's deposition by video conference. For good cause appearing, the request is granted.

Accordingly, **IT IS ORDERED**:

The Defendants maydepose the Plaintiff by means of video conference.

DATED this 13th day of December, 2010.

_____
John M. Roll
Chief United States District Judge

1