# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDRE LACY,<br><br>            Plaintiff,<br><br>     v.<br><br>H. TYSON, et al.,<br><br>            Defendants. | 1:07-cv-00381-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(Doc. 98.) |

Gary Andre Lacy ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on March 9, 2007. (Doc. 1.) This action is now in the discovery phase. (Doc. 98.) On January 4, 2012, Defendants filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4). (Doc. 102.)

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **January 5, 2012**           /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE