# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARY ANDRE LACY,                          1:07-cv-00381-LJO-GSA-PC

            Plaintiff,              ORDER GRANTING DEFENDANTS'
                                          MOTION FOR LEAVE TO DEPOSE
   v.                                     PLAINTIFF BY VIDEO CONFERENCE

H. TYSON, et al.,                         (Doc. 98.)

          Defendants.
_____/

      Gary Andre Lacy ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this action on March 9, 2007.  (Doc. 1.)  This action is now in the discovery phase.  (Doc. 98.)  On January 4, 2012, Defendants filed a motion seeking leave to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).  (Doc. 102.)

      Good cause having been shown, Defendants' motion is HEREBY GRANTED.


   IT IS SO ORDERED.

**Dated:**   **January 5, 2012**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE