1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10    GARY ANDRE LACY,                      1:07-cv-00381-LJO-GSA (PC)

11             Plaintiff,                   ORDER GRANTING EXTENSION OF
                                            TIME TO FILE DISPOSITIVE MOTION
12        vs.                               (Doc. 117.)

13    H. TYSON, et al.,                     DEADLINE: JUNE 28, 2012

14
               Defendants.
15    _____/

16        Gary Andre Lacy ("Plaintiff") is a prisoner proceeding pro se in this civil rights action

17    pursuant to 42 U.S.C. § 1983.  On June 18, 2012, Defendants filed a motion to extend the deadline

18    for filing pretrial dispositive motions from June 18, 2012 until June 28, 2012.  (Doc. 117.)   Due

19    to defense counsel's heavy workload, Defendants require additional time to complete their

20    dispositive motion and supporting documents, and to obtain signatures for declarations.  Good

21    cause appearing, the Court shall grant Defendants an extension of time until June 28, 2012 to file

22    a dispositive motion.

23        Accordingly, good cause having been presented to the court, and GOOD CAUSE

24    APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendants are granted an extension

25    of time until June 28, 2012 in which to file a dispositive motion.

26        IT IS SO ORDERED.

27    Dated:   **June 25, 2012**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
28