IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDRE LACY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>H. TYSON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-00381-LJO-GSA (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br>(Doc. 117.)<br><br>DEADLINE: <u>JUNE 28, 2012</u> |

　　Gary Andre Lacy ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 18, 2012, Defendants filed a motion to extend the deadline for filing pretrial dispositive motions from June 18, 2012 until June 28, 2012. (Doc. 117.) Due to defense counsel's heavy workload, Defendants require additional time to complete their dispositive motion and supporting documents, and to obtain signatures for declarations. Good cause appearing, the Court shall grant Defendants an extension of time until June 28, 2012 to file a dispositive motion.

　　Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendants are granted an extension of time until <u>June 28, 2012</u> in which to file a dispositive motion.

　　IT IS SO ORDERED.

　　Dated:　**June 25, 2012**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE