# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDRE LACY, | 1:07-cv-00381-LJO-GSA-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT WITHIN SIXTY DAYS |
| v. | |
| H. TYSON, et al., | |
| Defendants. | (Doc. 121.) |

On June 29, 2012, Defendants filed an amended motion for summary judgment, which is now pending. (Doc. 121.) Plaintiff is now required to file an opposition or a statement of non-opposition to the amended motion within sixty days.

Accordingly, within **sixty (60) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' amended motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   September 11, 2012**          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE