1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY ANDRE LACY,                          1:07-cv-00381-LJO-GSA-PC

12            Plaintiff,                        ORDER ADOPTING FINDINGS
                                               AND RECOMMENDATIONS
13       vs.                                   (Doc. 128.)

14   H. TYSON, et al.,                         ORDER DENYING PLAINTIFF'S
                                               MOTION FOR SUBSTITUTION
15                                             OF PARTIES
                                               (Doc. 92.)
16
             Defendants.                       ORDER DISMISSING DEFENDANT
17                                             R. REYNA FROM THIS ACTION,
                                               WITH PREJUDICE
18   _____/

19           Gary Andre Lacy ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

20   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

21   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22           On September 20, 2012, findings and recommendations were entered, recommending that

23   Plaintiff's motion for substitution of parties, filed on November 30, 2011, be denied, and defendant

24   R. Reyna be dismissed from this action, with prejudice.   On October 25, 2012, Plaintiff filed

25   objections to the findings and recommendations.

26           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

27   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

28                                                    1

including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.    The Findings and Recommendations issued by the Magistrate Judge on September 20, 2012, are ADOPTED in full;

2.    Plaintiff's motion for substitution of parties, filed on November 30, 2011, is DENIED;

3.    Defendant R. Reyna is DISMISSED from this action, with prejudice; and

4.    The Clerk is DIRECTED to reflect the dismissal of defendant R. Reyna on the Court's docket.

IT IS SO ORDERED.

**Dated:    November 4, 2012**                      **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

2