UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDRE LACY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>H. TYSON, et al.,<br><br>　　　　Defendants. | 1:07-cv-00381-LJO-GSA-PC<br><br>ORDER GRANTING REQUEST<br>(Doc. 151.)<br><br>ORDER DIRECTING CLERK TO<br>SEND COPY OF DOCKET SHEET TO<br>PLAINTIFF |

　　　Gary Andre Lacy ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 9, 2007.  (Doc. 1.)  This action now proceeds on the Second Amended Complaint, filed on April 28, 2009, against defendants Correctional Officers R. Reyna, T. Reyna, and N. Correa; Correctional Sergeants J. Peacock, M. Bremnar, and M. Brookwalter; Captain H. Tyson; Medical Technician Assistant (MTA) Aspetitia; and Doctor I. Patel; on Plaintiff's claims for excessive force, retaliation, and deliberate indifference to serious medical needs, based on events beginning in January 2006.[1]

---

[1] Defendants Dill and Heanacho were dismissed by the Court on August 27, 2009.  (Doc. 17.)  Plaintiff's claims for equal protection, and for retaliation against defendant Dill, were also dismissed by the Court, for failure to state a claim. Id.

On March 12, 2014, Plaintiff filed a request for "legal case summary status." (Doc. 151.) Plaintiff explains that he recently discovered that he did not receive one of the orders issued in this case, although he has attempted to keep the court apprised of his current address. Plaintiff requests a summary of the activity in his case to determine if there are other orders he has not received.

Plaintiff is advised that the Clerk does not ordinarily provide written status of cases to parties, due to the court's heavy caseload, nor does the Clerk ordinarily provide free copies of case documents to parties.[2] However, as it appears that Plaintiff has used diligence in notifying the court of changes in his address, the Court shall make a one-time exception and provide Plaintiff with a free copy of the docket sheet for his case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for status of his case is GRANTED; and
2. The Clerk is DIRECTED to send Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED.

Dated:   **March 18, 2014**                              **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court.