UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDRE LACY,<br><br>        Plaintiff,<br><br>   vs.<br><br>H. TYSON, et al.,<br><br>        Defendants. | 1:07-cv-00381-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**March 23, 2016 at 1:30 p.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Wednesday, **March 23, 2016 at 1:30 p.m., in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, the parties' willingness to consent to Magistrate Judge jurisdiction for trial, and whether participation in a settlement conference would beneficial.  Before the hearing, Plaintiff shall call defense counsel Jason Braxton at the Office of the Attorney General at **(916) 324-2898**, who will initiate a one-line conference call to chambers at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:  **February 26, 2016**                              /s/ Erica P. Grosjean
                                                                                 UNITED STATES MAGISTRATE JUDGE