UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANDRE LACY,<br><br>   Plaintiff,<br><br> vs.<br><br>H. TYSON, et al.,<br><br>   Defendants. | 1:07-cv-00381-LJO-EPG-PC<br><br>AMENDED\* NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br>**(\*note correction to name and telephone number of defense counsel)**<br><br>**March 23, 2016 at 1:30 p.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

   This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Wednesday, **March 23, 2016 at 1:30 p.m., in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, the parties' willingness to consent to Magistrate Judge jurisdiction for trial, and whether participation in a settlement conference would beneficial.  Before the hearing, Plaintiff shall call defense counsel **Jon S. Allin** at the Office of the Attorney General at **(916) 322-3798**, who will initiate a one-line conference call to chambers at **(559) 499-5960**.

IT IS SO ORDERED.

 Dated: **March 9, 2016**      /s/ Erica P. Grosjean

                UNITED STATES MAGISTRATE JUDGE